# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Rebecca Cwick and Thomas Lee Cwick<br><br>V.<br><br>Life Time Fitness, Inc. a Minnesota Corporation; FCA Construction Holdings, LLC, a Delaware Limited Liability Company; Jeff Marek; Steve Rowland; Chuck Loesch; and Don Enger | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:  04-2731 PAM/RLE |

9 **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' Motion to Dismiss (Clerk Doc. No. 2) is GRANTED;
2. Plaintiffs' Complaint is DISMISSED without prejudice; and
3. Defendants' Motion to Strike (Clerk Doc. No. 20) is DENIED as moot.

| September 3, 2004 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Lisa Duda |
| (By) | Lisa Duda,   Deputy Clerk |